IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 16 2008
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES OF AMERICA

vs.                                    NO.   4:08CR00317-001 & 002 SWW

CRAIG A. HAGERTY
and ANGELA L. HAGERTY

### ORDER

The above entitled cause came on for hearing pursuant to Rule 44(c), Federal Rules of Criminal Procedure, to determine whether it is appropriate for the defendants in this matter to continue to be represented by the same counsel and if a possible conflict of interest exists.

The Court conducted inquiry of defendants, CRAIG A. HAGERTY and ANGELA L. HAGERTY, and advised each defendant of the right to separate representation in this matter and advised defendants of possible conflicts which may arise due to joint or multiple representation. Each defendant stated that he or she understood the consequences of joint representation and that it was his or her desire to waive any conflict of interest that may arise. The Court read a Waiver of Conflict of Interest Form to defendants and advised that each defendant would be required to sign such form, and each defendant signed respective Waivers in open Court.

The Court found that each of the defendants, CRAIG A. HAGERTY and ANGELA L. HAGERTY, has waived his/her right to have individual representation voluntarily and with full knowledge of all the consequences.

IT IS THEREFORE ORDERED that ROBERT P. STICHT shall be allowed to remain as counsel of record for both defendants in this matter.

DATED this 16th day of September, 2008.

_____
SUSAN WEBBER WRIGHT
United States District Judge