IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | *  No. 4:08cr00317 SWW |
| CRAIG A. HAGERTY and ANGELA L. HAGERTY, | * |
| Defendants. | * |

ORDER

Defendant Craig A. Hagerty has filed *in camera* a financial affidavit which, on its face, indicates eligibility for appointed counsel. Therefore, Magistrate Judge Deere's Order entered February 5, 2009 [doc.#24] appointing Assistant Federal Public Defender Omar F. Greene, II, as counsel for defendant Craig A. Hagerty is hereby affirmed and shall remain in place.

In the event it is determined that Mr. Hagerty is not entitled to appointed counsel, the necessary steps shall be taken in order that Mr. Hagerty reimburse the government for the cost of the representation provided by the Federal Public Defender.

IT IS SO ORDERED this 13th day of March 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE