IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:08cr00317 SWW |
| | * | |
| | * | |
| CRAIG A. HAGERTY and | * | |
| ANGELA L. HAGERTY, | * | |
| | * | |
| Defendants. | * | |

<u>ORDER</u>

The motion of defendant Angela L. Hagerty [doc.#46] for in camera review of financial documents is hereby granted.  Defendant is directed to submit her financial affidavit to these chambers for in camera review within ten (10) days of the date of entry of this Order after which the Court will file the affidavit under seal.

The Court notes that the caption of defendant Angela L. Hagerty's pleadings have the wrong name, *i.e.* "John Phillip Beall, Jr."  The Court would request that counsel for defendant correct this oversight in future filings.

IT IS SO ORDERED this 2nd day of April 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE