IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:08cr00317 SWW |
| | * | |
| | * | |
| CRAIG A. HAGERTY and | * | |
| ANGELA L. HAGERTY, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Defendant Angela L. Hagerty has filed *in camera* a financial affidavit which, on its face, indicates eligibility for appointed counsel. Therefore, Magistrate Judge Deere's Order entered February 5, 2009 [doc.#24] appointing Jason D. Files as counsel for defendant Angela L. Hagerty is hereby affirmed and shall remain in place.

In the event it is determined that Ms. Hagerty is not entitled to appointed counsel, the necessary steps shall be taken in order that Ms. Hagerty reimburse the government and/or Mr. Files for the cost of the representation provided by Mr. Files.

IT IS SO ORDERED this 20th day of April 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE