```
           IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

**UNITED STATES OF AMERICA**

VS                          4:08CR00317-01-WRW

**CRAIG HAGERTY**

### ORDER

On August 8, 2008, the Court granted the Government's Motion for Examination to Determine Competency to Stand Trial (18 U.S.C. § 4241) and for Determination of Existence of Insanity at the Time of Offense (18 U.S.C. § 4242).

The United States Marshal for the Eastern District of Arkansas has advised the Court that Defendant has been designated to ***FCI Englewood Detention Center*** for the examination. Accordingly, the United States Marshal is directed to transport Defendant to ***FCI Englewood Detention Center*** forthwith.[1]

Under 18 U.S.C. § 4247(b) and (c), Defendant is committed to the custody of the Attorney General, or his authorized representative, for a period not to exceed thirty (30) days for a psychiatric or psychological examination under 18 U.S.C. § 4241 and for a period not to exceed forty-five (45) days for psychiatric or psychological examination under 18 U.S.C. § 4242. Both time periods exclude any time consumed by transportation.

---

[1] Based on 18 U.S.C. § 3161(h)(1)(H), time consumed by transportation in excess of ten (10) days from today is presumed unreasonable under the Speedy Trial Act.

1

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court with copies to Defendant's counsel and the Prosecution.

Eleven (11) days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.

If no motions are filed within eleven (11) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.[2]

IT IS SO ORDERED this 19th day of May 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[2] 18 U.S.C. § 3161(h)(1)(A).