IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                      4:08CR00317-001   SWW

CRAIG A. HAGERTY

ORDER

The defendant, Craig A. Hagerty, is presently undergoing a mental health evaluation at the Federal Detention Center, Englewood, Colorado, having arrived on May 27, 2009. The Court has received communication from that facility requesting additional time to complete the evaluation because of the delay in transporting the defendant to the facility.

IT IS THEREFORE ORDERED that the letter request of the Bureau of Prisons be filed as a motion and *GRANTED*. The time the defendant, Craig A. Hagerty, be allowed to remain at the Federal Detention Center is hereby extended for an additional period of time not to exceed July 13, 2009, with the report being filed with the Court by July 27, 2009.

Dated this 25th day of June 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE